CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 21 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Laurie Thomas
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. 7:11-mj–00228 |
| ) | |
| JOHN DOE #14 ) | |

ORDER

Upon motion by the government and for good cause shown, it is hereby **ORDERED** that the United States' Motion in the above-captioned matter be placed under seal for a period of thirty days.

ENTERED: This 21 day of July, 2011.

s/ Pamela Meade Sargent
United States Magistrate Judge